**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-979

Caption [use short title]

STEVEN AMMANN

v.

SHARESTATES, INC., et al.

**Motion for:** Withdrawal of appeal with prejudice against all parties except Allen Shayanfekr. The appeal will continue with respect to Allen Shayanfekr.

Set forth below precise, complete statement of relief sought:

Appellant Steven Ammann, pro se, moves under Fed. R. App. P. 42(b)(2) to withdraw this appeal in its entirety with prejudice (except with respect to Allen Shayanfekr). The appeal will continue with respect to Allen Shayanfekr. Each party shall bear his or its own costs. Appellees Sharestates, Inc. and Intercap Equity Inc. consent to this motion on these terms.

**MOVING PARTY:** Appellant Steven Ammann, pro se **OPPOSING PARTY:** n/a

- [x] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** ______ **OPPOSING ATTORNEY:** n/a

[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from: District Court, EDNY, Hon. Sanket J. Bulsara

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date:

**Signature of Moving Attorney:**

[signature] **Date:** 11/18/26 Service: [x] Electronic [ ] Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**CONSENT**

The undersigned Appellees consent to this motion on the terms stated. The motion seeks dismissal of the appeal with prejudice as to all appellees other than Allen Shayanfekr, and the appeal continues as to him.

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

By: ______________________
Greg S. Zucker, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Tel: 516.622.9200
gzucker@westermanllp.com

*Attorneys for Appellees Sharestates, Inc., Sharestates Agency Capital LLC (New Jersey), Sharestates Agency Capital LLC (Delaware), Sharestates Agency Capital LLC (New York), Sharestates Agency Capital LLC (Pennsylvania), Sharestates Am Revolving Line LLC (Delaware), Sharestates Equities LLC (Delaware), Sharestates FI Line LLC (Delaware), Sharestates FP Funding LLC (Delaware), Sharestates Funding I Trust (Delaware), Sharestates I LLC (Delaware), Sharestates IBI Line LLC (Delaware), Sharestates Intercap Line LLC (New York), Sharestates Intercap Line LLC (Delaware), Sharestates Investments DACL LLC (New York), Sharestates Investments DACL LLC (Ohio), Sharestates Investments DACL LLC (Delaware), Sharestates Investments II LLC (Delaware), Sharestates Loan Servicing LLC (Delaware), Sharestates PA Holdings LLC (Delaware), Sharestates PM Line LLC (Delaware), Sharestates PM Line LLC (New York), Sharestates REO LLC (Delaware) and Sharestates REO LLC (New Jersey)*

PRESS KORAL LLP

By: ______________________
Jason M. Koral, Esq.
7 World Trade Center
46th Floor
New York, NY 10007
jkoral@presskoral.com

*Attorneys for Appellees Intercap Inc., Intercap Equity Inc., and Intercap Income Inc.*